IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-73 (CAR) |
| KERRY ROSS, | Re: Violation of Supervised Release |
| Defendant | |

## **O R D E R**

Defendant (Supervised Releasee) KERRY ROSS, represented by Ms. Catherine M. Leek of the Federal Defenders Office, this day appeared before the undersigned for an Initial Appearance Hearing pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the allegations set forth against him in PETITION FOR ACTION ON SUPERVISED RELEASE as well as of his legal and constitutional rights. He was also advised of his right to a Preliminary Hearing under Rule 32.1. Defendant ROSS has advised the court that he desires such a hearing.

Accordingly, IT IS ORDERED AND DIRECTED that a Preliminary Hearing be held before the undersigned at **10:00 A.M. on Monday, August 30, 2010**, at which time the court will also consider whether the defendant should be detained pending a Final Revocation Hearing should probable cause be established to believe that he has violated conditions of supervised release as alleged in said Petition. In the meantime, defendant ROSS shall be released from custody with specific directions to appear before the undersigned for the Preliminary Hearing on August 30th in the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

SO ORDERED AND DIRECTED, this 24th day of AUGUST, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE