**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**KERRY ROSS,**<br><br>Defendant | **NO. 5: 06-CR-73 (CAR)**<br><br>RE: SUPERVISED RELEASE VIOLATIONS |

## O R D E R

**KERRY ROSS**, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a PRELIMINARY HEARING under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure represented by Ms. Catherine M. Leek of the Federal Defenders Office. The United States was represented by Assistant U. S. Attorney Verda Colvin.

Upon consideration of the testimony of witnesses U. S. Probation Officer Todd D. Garrett, Officer Stuart Williams of the Fort Valley Police Department, and Sgt. V. Miller, an investigator in the Fort Valley Police Department, I find that there is probable cause to believe that defendant Kerry Ross has violated conditions of supervised released imposed upon him on April 26, 2007, by the Honorable C. Ashley Royal, district judge, as alleged in Violation Nos. 1, 2, and 3 of the PETITION FOR ACTION ON SUPERVISED RELEASE filed herein by U. S. Probation Officer Garrett on July 1, 2010.

Upon consideration of the request of the government that defendant Ross be detained pending his Final Revocation Hearing before Judge Royal, the same is DENIED. Defendant Ross is returned to supervision pending completion of said Final Revocation Hearing. Said SUPERVISED RELEASEE shall appear before Judge Royal for a **FINAL HEARING** as directed. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 30th day of AUGUST, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE